IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

    Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
JOHN WILLIAM HURTT,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

    Defendants.

_____

ORDER DENYING MOTION FOR STAY
_____

  On February 7, 2007, the Defendant Peter Quammen filed a motion to stay these proceedings during litigation of pending criminal charges. The basis for that motion to stay is that there is a pending criminal proceeding against this defendant in the Fourth Judicial District of Colorado which is purportedly based on the same facts for which the plaintiff in this civil action seeks relief against the moving defendant and the other named defendants. Mr. Quammen seeks to protect his rights under the Fifth and Sixth Amendments to the United States Constitution. This Court is not persuaded that a stay of all proceedings is necessary to provide such protection. Even if the stay is limited to Peter Quammen, the progress of this civil action will be adversely affected

by a stay. There are discrete measures that can be used to protect privileges of a litigant and it is expected that privileges may be asserted when the need arises as well as the possibility of sealing portions of the record in accordance with D.C.COLO.LCivR 7.2 and 7.3. It is therefore

ORDERED that the motion to stay is denied.

DATED: February 28th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge