IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
JOHN WILLIAM HURTT,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

        Defendants.

_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

        On February 7, 2007, Defendant Peter Quammen filed a motion for a protective order requesting that this Court enter an order declaring that factual and legal assertions made on his behalf in this civil action are privileged from use in pending criminal proceedings; that prosecuting attorneys are precluded from accessing any pleadings in this action and that the plaintiff be precluded from publicizing information from his answer to persons outside the litigation staff.

        This Court has no authority to grant the relief requested with respect to limiting the conduct of prosecutors in a state court criminal proceeding and similarly has no authority to declare any information privileged from that proceeding. Additionally, this

civil action is in a public forum and the pleadings in this case are available to the public unless there is a particularized sealing order entered in accordance with D.C.COLO.LCivR 7.2 and 7.3.  According, it is

ORDERED that the motion for protective order is denied.

DATED:  February 28th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge