# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00037-RPM-MEH

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

    Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a/ J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
JOHN WILLIAM HURTT,
DANIEL BLAKE PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

    Defendants.

_____

## ORDER GRANTING DEFENDANT QUAMMEN'S MOTION TO AMEND ANSWER
_____

THIS MATTER coming before the Court on Defendant Quammen's Motion to Amend Answer, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Quammen's Motion to Amend Answer is hereby GRANTED.

ENTERED this 1st day of May, 2007.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                U. S. District Court Judge