IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

        Defendants.

_____

ORDER SETTING HEARING ON MOTION TO WITHDRAW
_____

On September 5, 2007, James A. Reed filed a Motion to Withdraw as counsel for Defendant Brian D. Moores. It is now

ORDERED that the motion to withdraw is set for hearing at 11:00 a.m. on October 4, 2007, in Courtroom A, Second Floor, the Byron White united States Courthouse, 1823 Stout Street, Denver, Colorado. Defendant Brian D. Moores must be present for the hearing.

DATED: September 13th, 2007

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____

Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

      I certify that on this 13th day of September, 2007, a copy of the foregoing order was mailed via U. S. Mail to the following:

Brian D. Moores
3441 Atlantic Drive
Colorado Springs, CO 80910

                              GREGORY C. LANGHAM, Clerk

                                    s/M. V. Wentz

                              By_____
                                       Deputy