IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

        Defendants.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

On October 4, 2007, Robert Troyer and Jason Munanka, counsel for plaintiff, and Defendant Brian D. Moores, together with his attorney James A. Reed, appeared at a hearing before this Court on the motion to withdraw [29] filed on September 5, 2007, by Mr. Reed. After questioning Mr. Reed and Mr. Moores, it is

ORDERED that the motion to withdraw is granted and James A. Reed has no further responsibility as counsel for Defendant Brian D. Moores in this action.

DATED: October 4th, 2007

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

      I certify that on this 4th day of October, 2007, a copy of the foregoing order was mailed via U. S. Mail to the following:

Brian D. Moores
3441 Atlantic Drive
Colorado Springs, CO 80910

                              GREGORY C. LANGHAM, Clerk

                                    s/M. V. Wentz
                          By_____
                                      Deputy