IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

        Defendants.

**Minute Order Entered by Senior Judge R ichard P. Matsch:**


s/M. V. Wentz
 Secretary


    The Joint Motion to Set Status Conference [40] is granted.  A status conference is scheduled for **February 13, 2008, at 11:00 a.m.,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


Dated: January 30, 2008