IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

       Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

       Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the status conference convened today, it is

ORDERED that a pretrial conference is scheduled for **May 16, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 8, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

       DATED: February 13, 2008

                               BY THE COURT:
                               s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

     I certify that on February 13, 2008, a copy of the foregoing order was mailed via U. S. Mail to the following:

Brian D. Moores
3441 Atlantic Drive
Colorado Springs, CO 80910

                                   GREGORY C. LANGHAM, Clerk

                                       s/M. V. Wentz
                         By_____
                                     Deputy