IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
DANIEL BLACK PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

        Defendants.
_____

ORDER OF DISMISSAL OF DEFENDANT BRIAN D. MOORES
_____

Pursuant to the Corrected Stipulation of Dismissal [46] filed on February 25, 2008, it is

ORDERED that all of Plaintiff's claims against Defendant Brian D. Moores are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

DATED: February 26, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

  I certify that on February 26, 2008, a copy of the foregoing order was mailed via U. S. Mail to the following:

Brian D. Moores
127 Rio Grande Drive
Canon City, CO 81212

        GREGORY C. LANGHAM, Clerk

         s/M. V. Wentz
       By_____
         Deputy