IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

       Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH, and
PETER LLOYD QUAMMEN,

       Defendants.
_____

ORDER SETTING TRIAL DATE
_____

       Pursuant to the pretrial conference convened on May 16, 2008, it is

       ORDERED that this matter is set for trial to jury on **December 15, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

       DATED: May 19th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge