**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 07-cv-00037-RPM-MEH

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

      Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,
AUTO WRENCH,
PETER LLOYD QUAMMEN,
MICHAEL J. GOSS,
JOHN WILLIAM HURTT,
DANIEL BLAKE PARSONS,
SHASTA GOSS, and
BRIAN D. MOORES,

      Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Upon consideration of the parties' joint motion for entry of judgment, it is

Ordered that the Clerk shall enter judgment in favor of the Plaintiff and against

Defendant Peter Lloyd Quammen in the amount of $650,000.00.  Each party shall bear its own

costs and attorneys' fees.

DATED: September 30th, 2008

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Senior United States District Judge