IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 9, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00037-RPM

| | |
|---|---|
| CRIPPLE CREEK & VICTOR GOLD MINING COMPANY, | Robert Troyer |
| | Jason Munanka |
| Plaintiff, | |
| v. | |
| JOHN EDWARD REGO, | Tamas Viski-Hanka |
| REGOLD, LTD., f/k/a J&J Smelting and Refining Corporation, | |
| AUTO WRENCH, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**3:28 p.m.    Court in session.**

Client representative for plaintiff, Wayne Chancellor, present.

Court's preliminary remarks and its understanding of the pending motion for summary judgment.

3:35 p.m.    Argument by Mr. Viski-Hanka [57].
3:48 p.m.    Argument by Mr. Troyer.

Mr. Troyer states plaintiff is still pursuing its state law claims.

**ORDERED:    Defendants' Motion for Summary Judgment, filed August 25, 2008 [57], is granted in part as to defendant Auto Wrench, Defendant Auto Wrench is dismissed and denied in part as to defendants Rego and Regold, Ltd.**

Mr. Troyer answers questions asked by the Court regarding experts.

3:53 p.m.    Argument by Mr. Viski-Hanka [53].

October 9, 2008
07-cv-00037-RPM

4:01 p.m.        Argument by Mr. Munanka.

**ORDERED:** **Plaintiff's Motion to Exclude the Testimony of Christopher W. Ralph Pursuant to F.R.E. 702, filed August 18, 2008 [53], is denied.**
**Court states Christopher W. Ralph may not testify regarding the recycling business.**

4:04 p.m.        Argument by Mr. Troyer [60].

**ORDERED:** **Plaintiff's Unopposed Motion for a Writ of Habeas Corpus Ad Testificandum of Peter Lloyd Quammen, filed September 10, 2008 [60], is denied.**

Statements by Mr. Viski-Hanka.
Mr. Troyer states Mr. Hurtt is on home detention in Colorado Springs.

**ORDERED:** **Discovery is permitted for the limited purpose of taking the depositions of Hurtt, Martin and Quammenn.**

**4:11 p.m.        Court in recess.**

Hearing concluded.  Total time: 43 min,