IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

    Plaintiff,

v.

JOHN EDWARD REGO, and
REGOLD, LTD., f/k/a J&J Smelting and Refining Corporation,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on December 15, 2008, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _19_ day of December, 2008.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____      _____
ATTORNEY FOR PLAINTIFF                      ATTORNEY FOR DEFENDANT