IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00037-RPM

CRIPPLE CREEK & VICTOR GOLD MINING COMPANY,

        Plaintiff,

v.

JOHN EDWARD REGO,
REGOLD, LTD., f/k/a J&J SMELTING AND REFINING CORP.,

        Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW BILL OF COSTS
_____

        Upon review of Defendants' John Edward Rego, and Regold, Ltd., f/k/a J&J Smelting and Refining Corp., Notice and Motion to Withdraw Their Bill of Costs [100] filed on May 21, 2009, it is

        ORDERED that the motion is granted.

        DATED:   May 22nd, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge